*United States District Court* 

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL DIVISION**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA

v.

RICHARD W. CUTSHALL,

DEFENDANT.

---

**INDICTMENT**

---

A TRUE BILL.

FOREMAN

Filed in open court this ___4th___ Day of ___Dec 2007___

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ _____

MARIA-ELENA JAMES

arrest warrant to issue

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

26 USC § 7201- 3 counts, Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
26 USC § 7201 - 5 yrs impris., $250,000 fine, 3 yr superv. rel., $100 assessessment

DEFENDANT - U.S.
▶ RICHARD W. CUTSHALL

DISTRICT COURT NUMBER
CR 07 0762 MJJ

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) THOMAS MOORE, AUSA, TAX DIV.

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT FOR THE
9                        NORTHERN DISTRICT OF CALIFORNIA
10                                OAKLAND DIVISION
11  UNITED STATES OF AMERICA,              )  No. CR- 07  2
                                           )
12          Plaintiff,                     )  VIOLATIONS: 26 U.S.C. § 7201  MJJ
                                           )  Tax Evasion
13      v.                                 )
                                           )
14  RICHARD WAYNE CUTSHALL,                )
                                           )  OAKLAND VENUE
15          Defendant.                     )
                                           )
16  _____
17                                  INDICTMENT
18  The Grand Jury charges:
19  COUNT ONE:  (26 U.S.C. § 7201- Tax Evasion)
20      On or about April 15, 2002, in the Northern District of California, the defendant,
21                          RICHARD WAYNE CUTSHALL,
22  who was a resident of Orinda, California, well-knowing and believing the following facts: that
23  during the calendar year 2001 he had and received taxable income, computed on the community
24  property basis, in the sum of, $294,230; that upon said taxable income there was owing to the
25  United States of America by defendant an income tax of $127,412; he did willfully attempt to
26  evade and defeat the said income tax due and owing by him to the United States of America for
27  said calendar year by failing to make a separate individual income tax return or a joint individual
28  income tax return on or before April 15, 2002, as required by law, to any proper officer of the



1  Internal Revenue Service, by failing to pay to the Internal Revenue Service said income taxes,
2  and by concealing and attempting to conceal from all proper officers of the United States of
3  America his true and correct income.
4        In violation of Title 26, United States Code, Section 7201.
5  COUNT TWO: (26 U. S.C. § 7201)
6        On or about April 15, 2003, in the Northern District of California, the defendant,
7                        RICHARD WAYNE CUTSHALL,
8  who was a resident of Orinda, California, well-knowing and believing the following facts: that
9  during the calendar year 2002 he had and received taxable income, computed on the community
10 property basis, in the sum of, $357,631; that upon said taxable income there was owing to the
11 United States of America by defendant an income tax of $156,347; he did willfully attempt to
12 evade and defeat the said income tax due and owing by him to the United States of America for
13 said calendar year by failing to make a separate individual income tax return or a joint individual
14 income tax return on or before April 15, 2003, as required by law, to any proper officer of the
15 Internal Revenue Service, by failing to pay to the Internal Revenue Service said income taxes,
16 and by concealing and attempting to conceal from all proper officers of the United States of
17 America his true and correct income.
18       In violation of Title 26, United States Code, Section 7201.
19 COUNT THREE: (26 U. S.C. § 7201)
20       On or about April 15, 2004, in the Northern District of California, the defendant,
21                       RICHARD WAYNE CUTSHALL,
22 who was a resident of Orinda, California, well-knowing and believing the following facts: that
23 during the calendar year 2003 he had and received taxable income, computed on the community
24 property basis, in the sum of, $55,707; that upon said taxable income there was owing to the
25 United States of America by defendant an income tax of $27,828; he did willfully attempt to
26 evade and defeat the said income tax due and owing by him to the United States of America for
27 said calendar year by failing to make a separate individual income tax return or a joint individual
28 income tax return on or before April 15, 2004, as required by law, to any proper officer of the

Indictment                                2

1   Internal Revenue Service, by failing to pay to the Internal Revenue Service said income taxes,
2   and by concealing and attempting to conceal from all proper officers of the United States of
3   America his true and correct income.
4         In violation of Title 26, United States Code, Section 7201.

A True Bill

Dated: December 4, 2007

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

BRIAN STRETCH
Chief, Criminal Section

Approved as to Form

THOMAS MOORE
Assistant United States Attorney

Indictment       3