1  SCOTT N. SCHOOLS (SCBN 9990
   United States Attorney
2
   BRIAN J. STRETCH, (CABN 163973)
3  Chief, Criminal Division

4  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7017
7  FAX: (415) 436-7234

8  Attorneys for the United States

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. 07         0762
                                    )
14      Plaintiff,                  )
                                    )   UNITED STATES' MOTION TO SEAL
15      v.                          )   INDICTMENT AND ARREST WARRANT
                                    )   AND [PROPOSED] ORDER
16 RICHARD WAYNE CUTSHALL.          )
                                    )
17      Defendant.                  )
                                    )
18 ─────────────────────────────────

19     The government hereby moves the Court for an order sealing this motion, the Indictment,

20 the Sealing Order, and the arrest warrant of the above-captioned defendant until further order of

21 the Court. The government believes that disclosure of the existence of the Indictment, the arrest

22 warrant, this motion, and any corresponding order may jeopardize the progress of the ongoing

23 investigation. Nothing in this order shall prevent the government from providing a copy of such

24 //
25 //
26 //
27 //
28 //

                                        1

1 documents to members of law enforcement and the United States Attorneys' Office, and to
2 CUTSHALL and his attorney, when appropriate.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Indictment, this Sealing Order, and the arrest warrant of the defendant in this matter shall be sealed until further order of the Court. Nothing in this Order shall prevent the government from providing a copy of the arrest warrant and indictment to members of law enforcement and the United States Attorneys' Office, and to CUTSHALL and his attorney, when appropriate.

DATED: 12/4/07

MARIA-ELENA JAMES
United States Magistrate Judge

US' Mot. To Seal Indct. & Arrest Warrant
& [Proposed] Order                                     2