1  SCOTT SCHOOLS (SCBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division

4  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7017
6  Fax:       (415) 436-6748

7  Attorney for Plaintiff

FILED
JAN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-762-MJJ |
| Plaintiff, | |
| v. | |
| RICHARD WAYNE CUTSHALL, | APPLICATION TO UNSEAL CASE |
| Defendant. | |

The United States of America requests the Court to unseal the above-captioned case.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney

Attorneys for the Plaintiff