1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant U.S. Attorney
3  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102
4  Telephone: (415) 436-7017

5  Attorney for Plaintiff

FILED
JAN 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,      v.   RICHARD WAYNE CUTSHALL,           Defendant. | Case No. 07-762-MJJ   UNSEALING ORDER |

Upon motion of the United States of America, and good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk of the District Court shall unseal the above-captioned case.

Dated this _____ ~~day of December,~~ 2007.

8th day of January 2008 /s/

_____
UNITED STATES DISTRICT JUDGE