UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**                Courtroom Clerk:  **Monica Tutson**

Date:  **January 10, 2008   [2:13 - 2:18 pm**]        Court Reporter: **Connie Kuhl**

Case No:    **CR07-00762-1 MJJ**

DEFENDANT:    **RICHARD W. CUTSHALL**        (**x**) Present    () Not Present    () In Custody

AUSA:    **David Denier (Special appearance)**        DEF ATTY:    **John Y. Youngquist (Special appearance)**

Interpreter:        Probation Officer:

TYPE FOR HEARING:    **Status**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
•

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:    **February 21, 2008 at 2:00 pm** (SF)        for        **Status/Trial Setting**

BASIS TO EXCLUDE TIME GRANTED FOR:    **To Retain Counsel and Effective preparation**
                                                            Thru    **2/21/2008**

JUDGMENT:

Notes: