```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3   10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 4   San Francisco, California 94102
     Telephone:  (415) 436-7017
 5
    Attorneys for United States of America
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR-07-00762-CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXCLUDE TIME** |
| | ) | **UNDER SPEEDY TRIAL ACT** |
| RICHARD W. CUTSHALL, | ) | **AND [proposed] ORDER THEREON** |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Richard W. Cutshall, through their respective counsel, as follows:

1. For the reason that the status conference in this matter was scheduled for February 21, 2008, and this matter was just reassigned to this Court, and because defendant's counsel requires reasonable time to review extensive discovery already produced in this tax matter, to prepare this matter for trial; and to prepare witnesses for trial; the parties agree that the status conference set for February 21, 2008 be continued to March 12, 2008;

///
///
///
///
///
///
///

2. That the period of delay from February 21, 2008 to March 12, 2008, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance allowing for continuity of counsel and for adequate trial preparation outweigh the best interest of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/ John Youngquist<br>JOHN YOUNGQUIST<br>Attorney for Richard Cutshall | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED .**

Dated:_____                    _____
                                     UNITED STATES DISTRICT JUDGE

**STIP. TO EXCLUDE TIME UNDER
SPEEDY TRIAL ACT & ORDER
(No. CR-07-00762-CW)**                    **2**