1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    THOMAS MOORE  (ASBN 4305-O78T)
     Assistant United States Attorney
3     10th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
4     San Francisco, California 94102
      Telephone:  (415) 436-7017
5
     Attorneys for United States of America
6
                 **IN THE UNITED STATES DISTRICT COURT FOR THE**
7
                     **NORTHERN DISTRICT OF CALIFORNIA**
8
                            **OAKLAND DIVISION**
9

10   **UNITED STATES OF AMERICA,**          )     **Case No. CR-07-00762-CW**
                                            )
11             **Plaintiff,**               )
                                            )
12        **v.**                            )     **STIPULATION TO EXCLUDE TIME**
                                            )     **UNDER SPEEDY TRIAL ACT**
13   **RICHARD W. CUTSHALL,**               )     **AND ORDER THEREON**
                                            )
14             **Defendant.**               )
     _____       )

15        It is hereby stipulated by and between Plaintiff and Defendant, Richard W. Cutshall,

16   through their respective counsel, as follows:

17        1.   For the reason that the status conference in this matter was scheduled for February

18   21, 2008, and this matter was just reassigned to this Court, and because defendant's counsel

19   requires reasonable time to review extensive discovery already produced in this tax matter, to

20   prepare this matter for trial; and to prepare witnesses for trial; the parties agree that the status

21   conference set for February 21, 2008 be continued to March 12, 2008;

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     2.   That the period of delay from February 21, 2008 to March 12, 2008, shall be

2  excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance

3  allowing for continuity of counsel and for adequate trial preparation outweigh the best interest of

4  the public and the defendant in a speedy trial.

5
                                          JOSEPH P. RUSSONIELLO
6                                         United States Attorney

7
   /s/ John Youngquist                    /s/ Thomas Moore
8  JOHN YOUNGQUIST                        THOMAS MOORE
   Attorney for Richard Cutshall          Assistant United States Attorney
9                                         Tax Division
                                          Attorneys for Plaintiff
10

11        **PURSUANT TO STIPULATION, IT IS SO ORDERED .**

12
       3/3/08
13 Dated:_____                       _____
                                          UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. TO EXCLUDE TIME UNDER**
**SPEEDY TRIAL ACT & ORDER**
**(No. CR-07-00762-CW)**          **2**