UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 3/12/08

**Plaintiff:** United States

**v.**                                                              **No.** CR-07-00762 CW

**Defendant:** Richard W. Cutshall (present)

**Appearances for Plaintiff:**
James Mann for Tom Moore

**Appearances for Defendant:**
John Younquist specially appearing

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Trial Setting

**Notes:** Mr. Youngquist is making a special appearance; defendant has counsel in Seattle. Counsel in the process of working out Rule 20 in Seattle. Defendant can plea here and be sentenced in Seattle. **Case continued to 4/9/08 at 2:30 p.m. for trial setting or motions setting or disposition.** Time excluded for effective preparation. Defense counsel can submit any stipulated order to Magistrate Judge re modifying release conditions.

Copies to: Chambers