JOHN M. YOUNGQUIST (CSB #38504)
201 Mission Street, Suite 2270
San Francisco, California 94105
Telephone: (415) 986-4100
Facsimile: (415) 615-0847

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>RICHARD W. CUTSHALL,<br><br>                    Defendant. | No. CR-07-00762 CW<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF DEFENDANT'S RELEASE AND APPEARANCE BOND<br><br>Crim.L.R 46-1 and 47-4 |

STIPULATION

On December 6, 2007, defendant in this case executed a Release and Appearance Bond in the amount of one hundred thousand dollars on his personal recognizance, with his daughter, Cassidy Cutshall, signing as surety. A copy of the Order Setting Conditions of Release is attached hereto.

The parties agree and stipulate that certain conditions stated in said order now be modified as follows:

That the condition limiting defendant's travel to the Northern District of California and Vancouver, Canada be terminated and that a new condition be substituted therefor allowing defendant to travel to and within the 50 United States and all provinces of Canada.

Dkt. No. CR-07-00762 CW
STIPULATION AND ORDER

Page 1

1  The parties respectfully request that the foregoing modifications to defendant's
2  conditions of release be ordered by the Court and that all other conditions set in the December 6,
3  2007 order remain in place and effect.

5  Date: March 19, 2008

            /s/ John M. Youngquist
            JOHN M. YOUNGQUIST
            Attorney for Defendant


            /s/ Thomas Moore
            THOMAS MOORE
            Assistant United States Attorney
            Attorney for the United States


**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date: _____

            WAYNE D. BRAZIL
            Magistrate Judge

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 12-6-07 | CASE NUMBER CR-07-762 MJJ 604-922-4110 |
|---|---|---|---|

| NAME OF DEFENDANT RICHARD W. CUTSHALL | ADDRESS OF DEFENDANT 254 ONSLOW PL. W. VANCOUVER CANADA | TELEPHONE NUMBER |
|---|---|---|
| NAME OF SURETY CASSIDY CUTSHALL | RELATIONSHIP TO DEFENDANT DAUGHTER | ADDRESS OF SURETY 8 CHART LANE, REDWOOD CITY, CA | TELEPHONE NUMBER 650-292-1112 |
| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |

| AMOUNT OF BOND $700,000 | ☐ UNSECURED | ☒ SECURED BY | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE 2:00 1-10-08 PM | COURTROOM/JUDGE MJJ |
|---|---|---|---|---|---|---|

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.

☒ Defendant shall not commit any federal, state, or local crime.

☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.

☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. MAY TRAVEL BETWEEN VANCOUVER CAN & N.D. CALIF.

☐ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _____. See addresses and telephone numbers on reverse side.

☐ Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any passports or other travel documents.

☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

☐ Defendant shall remain in the custody of custodian _____ at _____, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.

☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.

☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.

☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.

☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.

☐ Defendant shall not change residence without prior approval of Pretrial Services.

☐ Defendant shall comply with the following curfew: _____ to _____.

☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____.

☐ Defendant must ☐ reside in Halfway House _____ ☐ participate in Residential Treatment _____

☐ The following conditions also apply:

**FILED**
DEC 0 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE(s) OF SURETY(ies) | |
|---|---|---|
| SIGNATURE OF CUSTODIAN | SIGNATURE OF MAGISTRATE JUDGE | DATE 12-6-07 |

**THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.**