JOHN M. YOUNGQUIST (CSB #38504)
201 Mission Street, Suite 2270
San Francisco, California 94105
Telephone: (415) 986-4100
Facsimile: (415) 615-0847

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD W. CUTSHALL, <br><br> Defendant. | No. CR-07-00762 CW <br><br> **STIPULATION AND ORDER MODIFYING CONDITIONS OF DEFENDANT'S RELEASE AND APPEARANCE BOND** <br><br> Crim.L.R 46-1 and 47-4 |

**STIPULATION**

On December 6, 2007, defendant in this case executed a Release and Appearance Bond in the amount of one hundred thousand dollars on his personal recognizance, with his daughter, Cassidy Cutshall, signing as surety. A copy of the Order Setting Conditions of Release is attached hereto.

The parties agree and stipulate that certain conditions stated in said order now be modified as follows:

That the condition limiting defendant's travel to the Northern District of California and Vancouver, Canada be terminated and that a new condition be substituted therefor allowing defendant to travel to and within the 50 United States and all provinces of Canada.

Page 1

Dkt. No. CR-07-00762 CW
STIPULATION AND ORDER

The parties respectfully request that the foregoing modifications to defendant's conditions of release be ordered by the Court and that all other conditions set in the December 6, 2007 order remain in place and effect.

Date:  March 26, 2008

        /s/ John M. Youngquist
JOHN M. YOUNGQUIST
Attorney for Defendant

        /s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorney for the United States

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date:  March 26, 2008

GRANTED
Judge Wayne D. Brazil
Magistrate Judge