IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            )<br>    Plaintiff, )<br>            )<br>    v.      )<br>            )<br>RICHARD WAYNE CUTSHALL, )<br>            )<br>    Defendant. )<br>_____ ) | **Case No. CR-07-00762-CW**<br><br>**[proposed]  ORDER** |

On April 9, 2008, this matter came United States District Court Judge Claudia Wilkin.  Thomas Moore appeared for the United States of America.  Defendant Richard Wayne Cutshall did not appear before this Court.

**IT IS HEREBY ORDERED**:

1.    Defendant Richard Wayne Cutshall shall appear before this Court at 2:30 p.m. on April 30, 2008.

2.    A status conference for trial setting and to resolve any other matters will be held at 2:30 p.m. on April 30, 2008.

Dated:_____                              _____
                                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

[proposed] **ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

*Robert McCallum*
*600 University St.*
*24th Floor, Suite 2401*
*Seattle, WA 98101*

*Richard Wayne Cutshall*
*254 Onslow Place*
*West Vancouver, BC V75 1K5*
*Canada*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 10, 2008** at San Francisco, California.

                        **/s/ Kathy Tat**
                        **KATHY P. TAT**
                        **Legal Assistant**