UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/9/08

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00762 CW

**Defendant:** Richard W. Cutshall (not present)

**Appearances for Plaintiff:**
Thomas Moore

**Appearances for Defendant:**
not present

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

      **Hearing:** Trial Setting or Motions Setting or Disposition

**Notes:** Neither defendant nor his attorney were present. Case will not be transferred to Seattle, WA. Government does not request a warrant. **Case continued to 4/30/08 at 2:30 p.m. for motions setting or trial setting or disposition.** Government to submit order for appearance for 4/30.

Copies to: Chambers