**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No. CR-07-00762-CW** |
| )  **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **RICHARD WAYNE CUTSHALL,** ) | |
| )  **Defendant.** ) | |
| ————————————————— ) | |

On April 9, 2008, this matter came United States District Court Judge Claudia Wilkin.  Thomas Moore appeared for the United States of America.  Defendant Richard Wayne Cutshall did not appear before this Court.

**IT IS HEREBY ORDERED**:

1.     Defendant Richard Wayne Cutshall shall appear before this Court at 2:30 p.m. on April 30, 2008.

2.     A status conference for trial setting and to resolve any other matters will be held at 2:30 p.m. on April 30, 2008.

4/14/08

Dated:_____

_____
UNITED STATES DISTRICT JUDGE