Robert M. McCallum
LeSourd & Patten, P.S.
600 University St, Ste 2401
Seattle, WA 98101
(206) 624-1040

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

RICHARD WAYNE CUTSHALL,

    Defendant(s).

CASE NO. CR-07-00762-CW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert M. McCallum, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Richard Wayne Cutshall in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jeffrey B. Setness, Mayall, Hurley, Knutsen, Smith & Green, 2453 Grand Canal Blvd, 2nd Flr, Stockton, CA 95207-8253; (209) 477-3833.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/22/08