UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 4/30/08**

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00762 CW

**Defendant:** Richard W. Cutshall (present)


**Appearances for Plaintiff:**
Tom Moore

**Appearances for Defendant:**
Robert M. McCallum

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:** Trial Setting or Motions Setting or Dispostion

**Notes:**    Parties are close to disposition. **Case continued to 5/7/08 at 2:30 p.m. for trial setting or motions setting or disposition.** If there is no disposition, defense counsel will have motions. Time excluded for effective preparation.

Copies to: Chambers