ROBERT M. McCALLUM (WSBA 16373)
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, Washington 98101
Telephone: (206) 624-1040

Attorney for Richard W. Cutshall

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-00762-CW |
| Plaintiff, ) | |
| v. ) | STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND [proposed] ORDER THEREON |
| RICHARD W. CUTSHALL, ) | |
| Defendant. ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Richard W. Cutshall, through their respective counsel, as follows:

1. Due to a conflict in the schedule of defendant's counsel, the need for a reasonable time to review discovery, to prepare this matter for trial, and to prepare witnesses for trial, the parties agree that the status conference set for May 7, 2008 be continued to May 21, 2008;

2. That the period of delay from May 7, 2008 to May 21, 2008, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance allowing

//
//
//
//
//
//
//

STIP. TO EXCLUDE TIME UNDER
SPEEDY TRIAL ACT & ORDER
(No. CR-07-00762-CW)
18661\000\40598.wpd

1

LeSOURD & PATTEN, P.S.
2401 One Union Square
600 University Street
Seattle, Washington 98101-1176
206 624-1040   Fax/206 223-1099

1  for a reasonable period of time for new counsel to review discovery and prepare for trial
2  outweigh the best interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | JOSPEH P. RUSSONIELLO<br>United States Attorney |
| /s/ Robert M. McCallum<br>Robert M. McCallum<br>Attorney for Richard Cutshall | /s/ Thomas Moore<br>Thomas Moore<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                              United States District Judge

STIP. TO EXCLUDE TIME UNDER
SPEEDY TRIAL ACT & ORDER
(No. CR-07-00762-CW)
18661\000\40598.wpd

2

LeSOURD & PATTEN, P.S.
2401 One Union Square
600 University Street
Seattle, Washington 98101-1176
206 624-1040   Fax/206 223-1099