UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-07-00762 CW
Defendant's Name: Richard W. Cutshall
Defense Counsel: Robert McCallum (ret.)
Referral Date: 6/25/08
Sentencing Date: 10/1/08 @ 2:30 p.m.

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 220S, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: No

Is defendant English-speaking? Yes

---

cc: U. S. Probation