## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minute Order    FILED

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 6/25/08**

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

**v.**                                          **No.** CR-07-00762 CW

**Defendant:** Richard Cutshall (present)

**Appearances for Plaintiff:**
time Moore

**Appearances for Defendant:**
Robert McCallum

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

### Hearing:  Change of Plea

**Notes:**    Defendant enters under oath rule 11(c)(1)(C) plea of guilty
to Counts 1 & 2 of the Indictment charging income tax evasion for 2001
and 2002 tax years in violation of 26 USC 7201.  Plea Agreement filed.
Court finds factual basis for plea; Court accepts plea.  PSR
requested.  **Sentencing set for 10/1/08 at 2:30 p.m.**

Copies to: Chambers;  probation