```
 1  RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
 2  2831 Telegraph Avenue
    Oakland, CA 94609
 3  Telephone:  510-763-9967
    Facsimile:   510-272-0711
 4  pollockesq@aol.com

 5  Attorney for Defendant
    RICHARD CUTSHALL
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION
—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 07-00762-001-CW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING** |
| RICHARD CUTSHALL, | _____ |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED BY Assistant United States Attorney Tom Moore and Randy Sue Pollock, counsel for Richard Cutshall, that the supervised release violation hearing presently set for June 1, 2011 at 2:30 p.m. be continued until July 13, 2011 at 2:30 p.m.  This continuance is at the request of defense counsel who has recently been retained and needs sufficient time to review the case and meet with her client.

1  United States Probation Officer Janie Zhuang has been notified about this request and has
2  no objection.
3
4  Date:   May 30, 2011                                          /s/
                                                         _____
                                                         RANDY SUE POLLOCK
5                                                        Counsel for Defendant
                                                         Richard Cutshall
6
7
8  Date:   May 30, 2011                                          /s/
                                                         _____
                                                         THOMAS MOORE
9                                                        Assistant United States Attorney
10
11
    SO ORDERED:
12
13 Date:   May 31, 2011
                                                         _____
14                                                       CLAUDIA WILKEN
                                                         United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28