1 RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2 2831 Telegraph Avenue
Oakland, CA 94609
3 Telephone:  510-763-9967
Facsimile:   510-272-0711
4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                               −ooo−

9 UNITED STATES OF AMERICA,
                                            CR. 07-00762-01
10         Plaintiff,

11 vs.                                       **STIPULATION TO CONTINUE
                                            DATE FOR RESOLUTION OF
12                                          PROBATION VIOLATION
                                            HEARING**
13 RICHARD CUTSHALL,

14         Defendant.

15 _____/

16
       Defendant RICHARD CUTSHALL, by and through his counsel of record Randy
17
Sue Pollock, and Assistant U.S. Attorney Thomas Moore hereby stipulate and agree that
18
the probation violation hearing presently set for January 3, 2012 at 2:30 p.m. be continued
19
to February 22, 2012 at 2:30 p.m.   Defense counsel and her client are attempting to reach
20
a settlement of this matter with the government.
21
///
22
///
23
///
24
///
25

26

27

28

1   United States Probation Officer Janie Zhuang has no objection to this continuance.

2

3   Date:   December 29, 2011                    _____/s/_____
                                                  RANDY SUE POLLOCK
4                                                 Counsel for Defendant
                                                  Richard Cutshall
5

6
    Date:   December 29, 2011                    _____/s/_____
7                                                 THOMAS MOORE
                                                  Assistant United States Attorney
8

9

10

11
    SO ORDERED.  Hearing will be held on Tuesday, February 21, 2012, at 2:30 p.m.
12
    Dated:  1/3/2012                             _____
13                                                CLAUDIA WILKEN
                                                  United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28