RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile: 510-272-0711
pollockesq@aol.com

Attorney for Defendant
RICHARD CUTSHALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CR. 07-00762-01-CW (DMR) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DATE FOR PROBATION VIOLATION HEARING; ORDER** |
| RICHARD CUTSHALL, | |
| Defendant. | |

Defendant RICHARD CUTSHALL, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Thomas Moore hereby stipulate and agree that the initial proceedings for the probation violation hearing presently set for November 14, 2012 at 9:30 a.m. before the Honorable Donna M. Ryu, be continued to December 3, 2012 at 9:30 a.m.  Mr. Cutshall is in the process of resubmitting documents to the IRS and there is a possibility this matter may not need to proceed.

///
///
///
///

Stipulation to Continue Probation Hearing; Order

1 | United States Probation Officer Janie Zhuang has no objection to this continuance.

2

3 | Date: November 12, 2012   _____/s/_____
4 | RANDY SUE POLLOCK
   | Counsel for Defendant
   | Richard Cutshall

5

6
7 | Date: November 12, 2012   _____/s/_____
   | THOMAS MOORE
   | Assistant United States Attorney

8

9

10

11 | SO ORDERED:

12 | November 13, 2012

13 | _____
   | DONNA M. RYU
   | United States Magistrate Judge

14–28

Stipulation to Continue Probation Hearing; Order                         2