RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:  510-763-9967
Facsimile:   510-272-0711
pollockesq@aol.com

Attorney for Defendant
RICHARD CUTSHALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RICHARD CUTSHALL,<br><br>　　　　Defendant.<br>_____ / | CR. 07-00762-01-CW (DMR)<br><br>**STIPULATION TO CONTINUE DATE FOR PROBATION VIOLATION HEARING;  ORDER** |

   Defendant RICHARD CUTSHALL, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Thomas Moore hereby stipulate and agree that the probation violation hearing presently set for December 3, 2012 at 9:30 a.m. before the Honorable Kandis A. Westmore, be continued to January 10, 2013 at 9:30 a.m.  Mr. Cutshall has submitted documents to the IRS and AUSA Moore needs additional time to review them. There is a possibility that this matter may be resolved.

///
///
///
///

Stipulation to Continue Probation Hearing; Order

1 | United States Probation Officer Susan Portillo has no objection to this continuance.

3 | Date:  November 30, 2012                            _____/s/_____
                                                       RANDY SUE POLLOCK
4 |                                                    Counsel for Defendant
                                                       Richard Cutshall

6 | Date:  November 30, 2012                            _____/s/_____
                                                       THOMAS MOORE
7 |                                                    Assistant United States Attorney

11 | SO ORDERED:

12 | November  30, 2012                                 _____
                                                       DONNA M. RYU
13 |                                                   United States Magistrate Judge

Stipulation to Continue Probation Hearing; Order                                                2